**Order entered March 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00592-CR

**JESUS GUTIERREZ ELIASAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-00153-Y**

## ORDER

The Court **ORDERS** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 3, the 911 call, and 4, the in-car video.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, Official Court Reporter, Criminal District Court No. 7; court reporter Sharina Fowler; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE